subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 69395.—Leyden Customs Expeditors, Inc. *v.* United States, protest 65/1618 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States,* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 23, 1965

No. 69396.—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 62/17681 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69397.—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 62/19426 (B) (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69398.—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 64/15440 (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69399.—Frank P. Dow Co., Inc., and Lipman Wolfe & Co. *v.* United States, protest 63/9376 (Portland, Oreg.).